UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Khari Varner, Tera Strawter, J.K.V., K-L.V.V., N.S.V., and K.T.V., <br><br> Plaintiffs <br><br> v. <br><br> Sawnte Strawter; et al., <br><br> Defendants | Case No. 2:24-cv-00537-JAD-DJA <br><br> **Order Adopting Report and Recommendation and Dismissing Case** <br><br> ECF No. 13 |

**On 8/30/24, the magistrate judge entered this report and recommendation:**

On May 17, 2024, the Court dismissed Plaintiff Khari Varner's amended complaint and gave her until June 17, 2024, to file an amended complaint. (ECF No. 12). The Court also explained that "[i]f Varner amends the complaint and chooses to include Tera Strawter and the minor children as plaintiffs to the action, Tera Strawter must file an accompanying application to proceed *in forma pauperis* and the minor children must appear through counsel." (*Id.*). The Court further explained that "[f]ailure to timely comply with this order may result in a recommendation to the district judge that this case be dismissed." (*Id.*). To date, Plaintiffs have not filed anything further in this action. Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

**ORDER**

The deadline for any party to object to this recommendation was September 13, 2024, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Having reviewed the report and recommendation, I find good cause to adopt it, and I do. IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 13] is ADOPTED** in its entirety, **THIS CASE IS DISMISSED, and the Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
September 16, 2024